# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL RAY ACOSTA, SR., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:07-cv-00513-PMP-GWF |
| | ) | |
| vs. | ) | **MINUTE ORDER** |
| | ) | |
| SIMPSON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | Dated: January 16, 2009 |
| | ) | |

PRESENT:   THE HONORABLE GEORGE FOLEY, JR., United States Magistrate Judge

JUDICIAL ASSISTANT:   Julia Hill        RECORDER:   None

COUNSEL FOR PLAINTIFF:   None Appearing

COUNSEL FOR DEFENDANT(S):   None Appearing

PROCEEDING:  Telephonic status conference

   **IT IS ORDERED** that a *telephonic* status conference is scheduled for **February 9, 2009 at 9:30 a.m.**, before Magistrate Judge George Foley, in Courtroom 3A, at the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada. Counsel are to directed to contact Donna Smith, courtroom deputy, at 702-464-5418 and provide the telephone number they are to be contacted for the conference no later than 4:00 p.m. on February 6, 2009.

   **IT IS FURTHER ORDERED** that the Attorney General's Office shall make arrangements for plaintiff to be available *telephonically* for this hearing and shall notify Donna E. Smith, courtroom deputy, at (702) 464-5418 two (2) days prior to the hearing to advise the Court of the telephone number the plaintiff may be reached the day of the hearing. The plaintiff shall be available ten (10) minutes prior to the hearing so the courtroom deputy may initiate the conference call.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge