# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

MICHAEL RAY ACOSTA, SR.,

      Plaintiff,

vs.

SIMPSON, *et al.*,

      Defendants.

Case No. 2:07-cv-00513-PMP-GWF

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      MICHAEL RAY ACOSTA, SR., inmate #J-77360, a necessary and material witness in proceedings in this case on February 9, 2009, is confined in Pelican Bay State Prison, 5905 Lake Earl Drive, Crescent City, California, in the custody of the Warden; in order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Magistrate Judge George Foley, to appear by telephone conferencing at Pelican Bay State Prison, **Monday, February 9, 2009, at 9:30 a.m.**

      ACCORDINGLY, **IT IS ORDERED** that:

      1.    A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephone conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2.    The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:**    **Warden,**
           **Pelican Bay State Prison**
           5905 Lake Earl Drive
           Crescent City, CA  95331-7000

. . .

1  **WE COMMAND** you to produce the inmate named above to testify before the United States
2  District Court at the time and place above by video-conferencing, and from day to day until completion
3  of the proceedings or as ordered by the court.
4      **FURTHER**, you have been ordered to notify the court of any change in custody of the
5  inmate and have been ordered to provide the new custodian with a copy of this writ.
6      DATED this 20th day of January, 2009.

                          /s/ George Foley Jr.
                          GEORGE FOLEY, JR.
                          United States Magistrate Judge