# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RAY ACOSTA, SR., | ) |
| Plaintiff, | ) Case No. 2:07-cv-00513-PMP-GWF |
| vs. | ) **SCHEDULING ORDER** |
| SIMPSON, *et al.*, | ) |
| Defendants. | ) |

Pursuant to Federal Rule of Civil Procedure 16(b), the Court will, by this order, set a schedule for this litigation. Accordingly,

**IT IS HEREBY ORDERED**:

1. The parties may conduct discovery until **April 10, 2009**. Any motions necessary to compel discovery shall be filed by that date. All requests for discovery pursuant to Fed.R.Civ.P. 31, 33, 34 or 36 shall be served not later than thirty (30) days prior to that date.

2. All pretrial motions, except motions to compel discovery, shall be filed on or before **May 11, 2009**. **The Court will not look with favor on requests for extensions of time.**

3. Pretrial conference and trial dates will be set, as appropriate, following adjudication of any dispositive motion, or the expiration of time for filing such a motion.

DATED this 9th day of February, 2009.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge