# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| MICHAEL RAY ACOSTA, SR., | 2:07-CV-00513- PMP-GWF |
| Plaintiff, | **ORDER** |
| vs. | |
| SIMPSON, et al., | |
| Defendants. | |

The Court having read and considered Plaintiff Michael Acosta, Sr.'s Motion for Appointment of Counsel (Doc. #27), filed on March 10, 2009, and good cause appearing,

**IT IS ORDERED that** Plaintiff Michael Acosta, Sr.'s Motion for Appointment of Counsel (Doc. #27) is DENIED.

DATED: March 12, 2009.

PHILIP M. PRO
United States District Judge