# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RAY ACOSTA, SR., | ) |
| Plaintiff, | ) Case No. 2:07-cv-00513-PMP-GWF |
| vs. | ) **ORDER** |
| SIMPSON, *et al.*, | ) Motion to Extend Deadline (Dkt. #30) |
| Defendants. | ) |

This matter is before the Court on Defendants' Motion to Modify Case Scheduling Order to Extend Deadline for Filing Pre-trial Statements (Dkt. #30), filed August 13, 2009. To date, no party has opposed this motion and the time for opposition has now expired. Accordingly,

**IT IS HEREBY ORDERED** that the pre-trial statement deadlines shall be amended as follows:

1. Plaintiff shall file his pre-trial statement on or before **September 14, 2009**; and
2. Defendants shall file their pre-trial statements on or before **September 28, 2009**.

DATED this 3rd day of September, 2009.

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**