# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

MICHAEL RAY ACOSTA, SR., )
                                Plaintiff, )    Case No.  2:07-cv-00513-PMP-GWF

vs. )    **ORDER TO SHOW CAUSE**

SIMPSON, *et al.*, )
                                Defendants. )

      On September 3, 2009, the Court ordered Plaintiff to file his pre-trial statement on or before September 14, 2009. (Dkt. #32).  Plaintiff failed to meet that deadline.  On September 28, 2009, Defendants filed their pre-trial statement with the Court.  (*See* Dkt. #34).  To date, Plaintiff has yet to file a pre-trial statement.  Accordingly,

      **IT IS HEREBY ORDERED** that Plaintiff shall show cause within **fifteen (15) days** from the entry of this Order why the Court should not recommend that his Complaint be dismissed due to failure to file a pre-trial statement in compliance with the Court's prior Order (Dkt. #32).  Failure to comply with this Order may result in recommendation to the District Judge that Plaintiff's Complaint be dismissed.

      DATED this 6th day of November, 2009.

                                                               */s/ George Foley Jr.*
                                                               **GEORGE FOLEY, JR.**
                                                               **United States Magistrate Judge**